UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
JULIA F. SOUSSIS,

                Plaintiff,

        -against-

MICHAEL J. MACCO, *Chapter 13 Trustee*,
AND U.S. TRUSTEE,

                Defendants.
----------------------------------------------------------------------X

For Online Publication Only

**MEMORANDUM & ORDER**
20-cv-5673 (JMA)

FILED
CLERK
5/28/2025 4:40 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

On May 21, 2025, this Court granted Debtor-Appellant's disgorgement motion and ordered the standing trustee to return the $20,592 that had been retained to Debtor-Appellant.[1] (See ECF No. 22.) On May 23, 2025, Debtor-Appellant filed a letter requesting that the amount of judgment be amended to include accrued interest on the $20,592 for the approximately five-year period since the bankruptcy case was dismissed on June 30, 2020. (See ECF No. 23.) Debtor-Appellant also requested than an additional $3,587.53 in costs be awarded for the docketing fees and printing fees associated with the appeals from the Bankruptcy Court and District Court. (See id.) The Court hereby modifies the amount of judgment and orders that the following be paid to Debtor-Appellant: (1) $20,592 in wrongfully retained fees; (2) $2,515.17 in accrued interest[2]; and (3) $3,587.53 in costs. The Clerk of the Court is respectfully directed to amend the order of judgment accordingly and close this case.

---

[1] The Court presumes familiarity with the background and procedural posture of this case.

[2] The Court calculates the applicable interest rate by utilizing the accrual date of June 30, 2020 (the date the bankruptcy case was dismissed) and an end date of May 21, 2025 (the date that this Court issued its order awarding the judgment). Looking to the federal post-judgment rate set by 28 U.S.C. § 1961 as a reasonable benchmark, this rate has ranged from approximately 0.1% to over 5% during the relevant period. (See "Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis," https://fred.stlouisfed.org/series/DGS1. To reflect a fair average rate from June 30, 2020 to May 21, 2025, a simple interest rate of 2.5% per annum was applied.

**SO ORDERED.**

Dated:   May 28, 2025
         Central Islip, New York

                                             /s/ JMA
                                        _____
                                        JOAN M. AZRACK
                                        UNITED STATES DISTRICT JUDGE

Case 2:20-cv-05673-JMA   Document 25   Filed 05/28/25   Page 2 of 2 PageID #: 902