UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
JULIA F. SOUSSIS,

                Plaintiff,

        -against-

MICHAEL J. MACCO, *Chapter 13 Trustee*,
AND U.S. TRUSTEE,

                Defendants.
----------------------------------------------------------------------X

For Online Publication Only

**MEMORANDUM & ORDER**
20-cv-5673 (JMA)

FILED
CLERK
12:24 pm, May 30, 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

On May 21, 2025, this Court granted Debtor-Appellant's disgorgement motion and ordered the standing trustee to return the $20,592 that had been retained to Debtor-Appellant.[1] (See ECF No. 22.) On May 23, 2025, Debtor-Appellant filed a letter requesting that the amount of judgment be amended to include accrued interest on the $20,592 for the approximately five-year period since the bankruptcy case was dismissed on June 30, 2020. (See ECF No. 23.) Debtor-Appellant also requested than an additional $3,587.53 in costs be awarded for the docketing fees and printing fees associated with the appeals from the Bankruptcy Court and District Court. (See id.) On May 28, the Court modified the amount of judgment and ordered that the following be paid to Debtor-Appellant: (1) $20,592 in wrongfully retained fees; (2) $2,515.17 in accrued interest; and (3) $3,587.53 in costs.

Appellee now objects to the amount of costs awarded and to any award of interest on the amount owed. (ECF No. 26.) With respect to the objection to an award of interest, that objection is overruled. See Maricultura Del Norte, S. de R.L. de C.V. v. Umami Sustainable Seafood, Inc., 769 F. App'x 44, 52 (2d Cir. 2019) (holding that an award of interest is within the discretion of the

---

[1] The Court presumes familiarity with the background and procedural posture of this case.

district court). Furthermore, the objection to the docketing costs awarded is overruled, as the costs are appropriate and reflected in the itemized bill of costs. (See ECF No. 23 at 6-11). With respect to the Appellee's objection to paralegal time being included in the printing expenses, that objection is sustained, and the printing expenses are amended to exclude the $540 in paralegal time. (See ECF No. 23 at 8.) The total costs awarded are therefore reduced from $3,587.53 to $3,047.53. The Clerk of the Court is respectfully directed to amend the judgment accordingly, and this case is closed.

**SO ORDERED.**

Dated: May 30, 2025
Central Islip, New York

/s/ JMA
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE